**SO ORDERED.**

**SIGNED this 31st day of August, 2021.**



_____Dale L. Somers_____
Dale L. Somers
United States Chief Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: | |
| Rodger Dean Love, Jr., | Case No. 13-41680-13 |
| Debtor. | |
| Rodger Dean Love, Jr., | |
| Plaintiff, | |
| v. | Adversary No. 20-7004 |
| United States Department of Education, Navient Solutions, Inc., | |
| Defendants. | |

## Judgment

This adversary proceeding is before the Court on Plaintiff's second amended complaint.[1] On June 11, 2021, this Court entered an Order

---
[1] Doc. 59.

Approving Stipulation and Dismissal between Plaintiff and Defendant Navient Solutions, Inc.,[2] and on July 23, 2021, this Court entered a Stipulation and Voluntary Dismissal between Plaintiff and Defendant United States Department of Education.[3] These documents resolve all claims raised in Plaintiff's second amended complaint against all Defendants.

In accordance with Federal Rule of Bankruptcy Procedure 7058 and Federal Rule of Civil Procedure 58(a), the terms set out in the above-referenced Stipulations are hereby entered as the judgment in this case.

**It is so Ordered**.

### #

---

[2] Doc. 90 (Order), Doc. 88 (Stipulation).

[3] Doc. 94 (Stipulation and Dismissal).